STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
JOHN J. MEISCH, DEFENDANT-PETITIONER.

See same case below: 86 *N. J. Super.* 279.

*Mr. Frank P. Lucianna* for the petitioner.

*Mr. Guy W. Calissi* and *Mr. Carlos Peay, Jr.* for the respondent.

May 12, 1965. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
EDWARD TIESI, DEFENDANT-PETITIONER.

*Messrs. Perskie & Perskie* for the petitioner.

*Mr. Arthur J. Sills* and *Mr. John W. Hayden, Jr.* for the respondent.

May 12, 1965. Denied.